UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-4869-DMG (SSx) | Date | September 1, 2011 |
| Title | Jong Man Kim, et al.  v.  Eric H Holder , Jr., et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:    IN CHAMBERS - Order To Show Cause**

In the present case, it appears that plaintiffs relief sought in their complaint for writ of mandamus has been adjudicated by the U.S. Citizenship and Immigration Services on August 16, 2011. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **September 8, 2011** why this action should not be dismissed as moot.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response on or before the date upon which a response by plaintiff(s) is due.  This action will be **dismissed** if a written response demonstrating good cause is not filed by the date indicated above.