Law Offices of Jane Chung
Christopher Duran, Esq. SBN 110899
3435 Wilshire Blvd. #3050
Los Angeles, CA 90010
Tel (213) 738-0928
Fax (213) 738-1601
Attorneys for Plaintiffs

JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM, Jong Man,<br>YOON, Myung Hee,<br>KIM, Myung Joon<br>　　　Plaintiffs<br>　　　　vs.<br>ERIC H. HOLDER JR. Attorney General of the United States, JANET NAPOLITANO, Secretary of the Department of Homeland Security, ALEJANDRO MAYORKAS, Director of United States Citizenship and Immigration Services, JANE ARELLANO, District Director of United States Citizenship and Immigration Services, Los Angeles District Office<br>　　　Defendants. | CASE NO. CV11 04869 DMG (SSx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE [18]** |

[Proposed] Order to Dismiss Action with Prejudice
**Case No: CV11 04869 DMG (SSx)**

Law Offices of Jane Chung
3435 Wilshire Blvd. Suite 3050
Los Angeles, CA 90010
(213) 738-0928

1

Based on the Stipulation filed by the parties, IT IS HEREBY ORDERED that Plaintiff's entire action, including all claims, is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated:   October 4, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Christopher Duran
_____
Law Offices of Jane Chung, APLC
3435 Wilshire Blvd. Suite 3050
Los Angeles, CA 90010
Telephone:  (213) 738-0928
Fax:            (213) 738-1601
e-mail: law@janechunglaw.com

Attorneys for Plaintiffs

[Proposed] Order to Dismiss Action with Prejudice
Case No: CV11 04869 DMG (SSx)

Law Offices of Jane Chung
3435 Wilshire Blvd. Suite 3050
Los Angeles, CA 90010
(213) 738-0928

2